**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **ANASTASIIA SKARBENCHUK, *et al.*,** | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **Civil Case No.: SAG-26-03436** |
| **JOSEPH EDLOW,** | * | |
| **Defendant.** | * | |

* * * * * * * * * *

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is this 23rd day of November, 2026, ORDERED that the Yamshchykov Plaintiffs' Motion to Enforce the Court's September 25, 2026, Order, ECF 30, is DENIED.

/s/
Stephanie A. Gallagher
United States District Judge